IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CONCORDE ACCEPTANCE CORPORATION,
a Texas corporation,

                                Plaintiff,

Vs.

OCEAN WEST ENTERPRISES, INC.,
a California corporation, d/b/a Ocean West Funding,

                                Defendant.

Recorder's Stamp

No. 04 cv 02777

## MEMORANDUM OF JUDGMENT

On January 4, 2006, judgment was entered in this court in favor of the plaintiff CONCORDE ACCEPTANCE CORPORATION, a Texas corporation, against defendant OCEAN WEST ENTERPRISES, INC., a California corporation, d/b/a Ocean West Funding, whose address is 15991 Redhill Avenue, Suite 110, Tustin, CA 92780, in the amount of $ 55,891.21, plus court costs of suit.

Dated at Chicago, Illinois: January 6, 2006

**ENTER:**

_____
Judge Samuel Der-Yeghiayan

1/10/06

David W. Inlander
Ronald D. Menna, Jr.
Deborah Jo Soehlig
**FISCHEL & KAHN, LTD.**
Suite 2850
190 South LaSalle Street
Chicago, Illinois 60603-3412
312-726-0440
312-726-1448 [FAX]

\\SBSERVER\WPDATA\DWI-SG\C308-3 CONCORDE V OCEAN WEST FUNDING\MEMO OF JDMT.DOC